03/12/14

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Cinque Robinson, and
Jasmine Robinson (minor child)
_____
Plaintiff

v.

Village of Lansing Police Dept., et al
_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**FILED**
DEC X 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 14CV9691
JUDGE DURKIN
MAG. JUDGE MASON

**Instructions:** Please answer every question. [If the an]swer is "none" or ["not applicable (N/A)," write that response. [place] a ✓ in whichever [box applies]. If you need more space to ans[wer a question, use the blank space for an]swer, attach an [additional page that refers to each such questi[on, and provide al]l information. Please print or type your answers.

**Application:** I, __Cinque Robinson__, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant ☐ (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?  ☐ Yes  ☑ No
   (If "No," go to Question 2)
   I.D. #: __N/A__  Name of prison or jail: __N/A__
   Do you receive any payment from the institution? __N/A__ ☐ Yes ☐ No
   Monthly amount: __N/A__

2. Are you currently employed?  ☐ Yes  ☑ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: __9/12/14 – 11/14/14__
      Last monthly salary or wages: __$200__
      Name and address of last employer: __Self employed as a volleyball line judge for women's volleyball. Last school worked at is University of Illinois at Chicago located at 839 W. Roosevelt Rd in Chicago.__

3. Are you married? ☐ Yes ☑ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No  N/A
   Spouse's *monthly* salary or wages: N/A
   Name and address of spouse's employer: N/A

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   f. ☐ Unemployment, ☐ welfare or ☑ any other public assistance ☑ Yes ☐ No
      Total received in the last 12 months: $2,268 food stamps
      Received by: Cinque Robinson

   g. ☐ Any other sources (describe source: N/A ) ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☑ No
   Total amount: N/A
   In whose name held: N/A   Relationship to you: N/A

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐Yes ☑No
   Property: _N/A_ Current value: _N/A_
   In whose name held: _N/A_ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☑No
   Type of property and address: _N/A_
   Current value: _N/A_ Equity: _N/A_ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: _N/A_ Relationship to you: _N/A_
   Amount of monthly mortgage or loan payments: _N/A_
   Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☑Yes ☐No
   Year, make and model: _2007 Honda Oddys Odyssey_
   Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: _$0 (fully owned)_
   In whose name held: _Pat Reynolds_ Relationship to you: _Mother_
   Name of person making payments: _N/A_

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☑No
   Property: _N/A_
   Current value: _N/A_ Equity: _N/A_ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _N/A_
   In whose name held: _N/A_ Relationship to you: _N/A_
   Name of person making payments: _N/A_

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☑None.
    _N/A_

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐None.
    _Jasmine Robinson my daughter recieves from me $300 monthly for child support, when I'm working._

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12/4/14

_____
(Signature of Applicant)

Cinque Robinson
(Print Name)

---

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____
Date

_____
Signature of Authorized Officer

_____
(Print Name)